FEDERAL LAND BANK OF COLUMBIA *v.* MOULTRIE BANKING CO.

PER CURIAM. This case is controlled adversely to the plaintiff in error by the decision in *Federal Land Bank of Columbia* v. *Moultrie Banking Company,* ante, 150.

*Judgment affirmed. All the Justices concur, except Hill, J., absent because of illness, and Bell, J., disqualified.*